AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Montana

Clerk, U.S. Courts
District of Montana
Great Falls Division

MAY 29 2020 AM 8:22

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>United States Postal Service Priority Express Mail parcel addressed to Garrick W., 552 N Hargrave St, Banning, CA 92220 | Case No. MJ 20-40-GF-JTJ |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   State and   District of   Montana
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   June 11, 2020   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. John T. Johnston   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   5/28/2020 4:40 pm        /S/ John Johnston
                                                                        *Judge's signature*

City and state:   Great Falls, Montana        Hon. John T. Johnston, U.S. Magistrate Judge
                                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: MJ 20-40-GF-JTJ | Date and time warrant executed: 05/28/2020 6:27PM | Copy of warrant and inventory left with: USPS |

Inventory made in the presence of:
USPIS W. Tubbs    RCDTF Det. J. Mitchell and Det C. Araujo

Inventory of the property taken and name(s) of any person(s) seized:

- USPS parcel with tracking number EE 397 014 365 US
- $36,750.00 in U.S. Currency (cash) (denominations of hundred, fifty, twenty, and ten dollar bills)
- misc clothing and shoes
- Three vinyl records
- vacuum packing and carbon paper The currency was concealed inside

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/29/2020

Walt Tubbs
Executing officer's signature

Walt Tubbs - Postal Inspector
Printed name and title